1 | Daren M. Schlecter, Esq. (SBN 259537)
**Law Office of Daren M. Schlecter, A Prof. Corp.**
2 | 1875 Century Park East, Suite 1000
Los Angeles, CA 90067
3 | Telephone (310) 553-5747
Telecopier (310) 553-5487
4 |
Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>WAYNE AND ANITA WEATHERSPOON,<br><br>Debtors<br><br>WAYNE AND ANITA WEATHERSPOON,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., previously known as Countrywide Bank, FSB as successor in interest for First Magnus Financial Corporation, a Chapter 11 Debtor | Case No. 2:10-bk-63329-EC<br><br>Chapter 13<br><br>Adv. No. 2:11-ap-01006-EC<br><br>**PROOF OF SERVICE CERTIFIED MAIL RECEIPTS OF ADVERSARY COMPLAINT AND EXHIBITS THERETO, SUMMONS AND NOTICE OF STATUS CONFERENCE, AND SCHEDULING ORDER**<br><br>(No Hearing Required) |

Attached hereto on behalf of Plaintiffs are the Certified Mail Receipts in conjunction with the Proof of Service of Adversary Complaint, and Exhibits thereto, Summons and Notice of Status Conference and Scheduling Order on the following addresses:

-1-

***Via Certified Mail, Return Receipt Requested***:

Bank of America, N.A.
Countrywide, FSB
Attention: Charles O. Holliday, Jr. Chairman
Attention: Brian T. Moynihan, President & CEO
101 S. Tyron St.
Charlotte, NC 28255

Bank of America, N.A.
Agent for Service of Process
CT Corporation System
818 W. 7th St.
Los Angeles, CA 90017

Bank of New York Mellon, N.A.
Attention: Robert P. Kelly, CEO
Gerald L. Hassell, President/Director
One Wall Street
New York, NY 10286

Bank of New York Mellon, N.A.
Agent for Service of Process
CT Corporation System
818 W. 7th St.
Los Angeles, CA 90017



