Daren M. Schlecter, Esq. (SBN 259537)
Law Office of Daren M. Schlecter, A Prof. Corp.
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone (310) 553-5747
Telecopier (310) 553-5487

Attorney for Plaintiffs

**FILED & ENTERED**

FEB 11 2011

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY sumlin    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Wayne and Anita Weatherspoon,<br><br>Debtor<br>_____<br>Wayne and Anita Weatherspoon,<br>   Plaintiffs<br>  vs.<br>BANK OF AMERICA, N.A., previously known as Countrywide Bank, FSB as successor in interest for First Magnus Financial Corporation, a Chapter 11 Debtor,<br>   Defendant | Case No.: 2:10-bk-63329-EC<br><br>CHAPTER 13<br><br><br><br><br>Adversary No.: 2:11-ap-01006<br><br>**STIPULATED JUDGMENT**<br><br>**(No Hearing required)** |

Plaintiffs Wayne and Anita Weatherspoon (the "Plaintiffs") filed their Complaint to Determine Value of Real Property, Determine the Extent of Secured Claims and to Extinguish the Lien of Bank of America, N.A. (the "Complaint") against defendant Bank of America, N.A. (the "Defendant") initiating the above-referenced adversary proceeding on January 3, 2011. The Plaintiffs and Defendant having stipulated to the entry of judgment with respect to the claim of Defendant secured by the second deed of trust on the real property commonly known as 13205 S.

Van Ness Ave., Gardena, CA 90249 (the "Property") pursuant to the Stipulation for Entry of Judgment in Favor of Plaintiffs Wayne and Anita Weatherspoon on Adversary Complaint to Determine Value of Real Property, Determine the Extent of Secured Claims and to Extinguish the Lien of Bank of America, N.A. (the "Stipulation"), the court having reviewed the Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The claim of the Defendant secured by the second deed of trust on the Property shall be paid through the Plaintiffs' chapter 13 plan as a general unsecured claim;

2. If the Plaintiffs complete the chapter 13 plan and receive a discharge in this chapter 13 case, the Defendant shall, upon receipt of notice of the discharge, promptly record a reconveyance of its second deed of trust against the Property;

3. Should this chapter 13 case be dismissed or converted to another chapter under Title 11, or should the Plaintiffs fail to receive a discharge in this chapter 13 case, the Defendant's second deed of trust on the Property shall be unaffected by this bankruptcy case and shall remain a lien against the Property;

4. Should a senior lienholder on the Property foreclose on the Property prior to the date on which the Plaintiffs receive a discharge in this chapter 13 case, the Defendant shall retain all rights under applicable state law with regard to its lien; and

5. The parties shall bear their own costs.

###

DATED: February 11, 2011

*Ellen Carroll*
United States Bankruptcy Judge

| In re: <br> **Wayne Earl Weatherspoon** <br> **Anita Isiah Weatherspoon** | CHAPTER: **13** <br> CASE NUMBER: **2:10-bk-63329** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **1875 Century Park East, Suite 1000, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **STIPULATED JUGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **2/3/2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Judge Ellen Carroll**
**United States Bankruptcy Court - Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1634 / Courtroom 1639**
**Los Angeles, CA 90012**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 3, 2011** | **Daren M. Schlecter 259537** | **/s/ Daren M. Schlecter** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>**Wayne Earl Weatherspoon**<br>**Anita Isiah Weatherspoon** | CHAPTER: **13**<br>CASE NUMBER: **2:10-bk-63329** |
|---|---|

<u>ADDITIONAL SERVICE INFORMATION:</u>

<u>Debtor:</u>

Wayne and Anita Weatherspoon
13205 S. Van Ness Ave.
Gardena, CA 90249

<u>Counsel for Creditor</u>:

Cassandra J Richey
Polk Prober & Raphael ALC
20750 Ventura Blvd Ste 100
Woodland Hills, CA 91364

<u>United States Trustee</u>:

United States Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

<u>Chapter 13 Trustee</u>:

Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

| In re<br><br>**Wayne Earl Weatherspoon**<br>**Anita Isiah Weatherspoon**<br>                                                                Debtor. | CHAPTER **13**<br><br>CASE NUMBER **2:10-bk-63329** |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* **STIPULATED JUDGMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 2, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Kathy A Dockery, efiling@CH13LA.com

Cassandra J Richey, cmartin@pprlaw.net

Daren M. Schlecter, daren@schlecterlaw.com

United States Trustee, ustpregion16.la.ecf@usdoj.gov ☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtors: Wayne and Anita Weatherspoon, 13205 S. Van Ness Ave., Gardena, CA 90249

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page